■ ARTHUR D. FURST, JR., Respondent, v. CAROLYN FURST, Appellant.— Motion for a stay denied on condition that before delivery of the child to respondent, respondent furnish a surety bond in the sum of $5,000 conditioned for the return of the child to this State whenever so required, said bond to remain in full force and effect until the final disposition of the pending proceeding. (Order entered Sept. 13, 1956.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WATERSON, alias WILLIAM E. JANDA, Appellant.— Motion granted to appeal on original and five typewritten copies of record and brief granted. Memorandum: On these papers we do not pass upon the question of timeliness of service of the notice of appeal.

■ JOSEPH TANNENHAUS et al., Respondents, v. MARVIN KAPLAN et al., Appellants.— Motion granted and appeal dismissed, without costs.

■ In the Matter of the Application of MARGARET LINDSLEY, for a Writ of Habeas Corpus, Appellant, against VICTOR S. HAWKES, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ EDWARD J. BUTSKI, Appellant, v. EMPLOYERS LIABILITY ASSURANCE CORP., LTD., Respondent.— Motion granted and appeal dismissed, without costs.

■ MICHAEL SAVACHKA, Appellant, v. JOSEPH RENZI et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF WHEATLAND, etc., Respondent, v. THOMAS J. KRENZER, Appellant et al.— Motion granted and appeal dismissed, with $10 motion costs.